UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
8/28/08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CHASE E. KEEFOVER

CASE NO. 3:08-cr-315-J-32MCR
Ct. 1:        18 U.S.C. §2252(a)(4)(A)
Forfeiture:   18 U.S.C. § 2253

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about February 2007 to on or about December 27, 2007, at Naval Station Mayport, Florida, and onboard the U.S.S. Halyburton (FFG-40) ~~Roosevelt (DDG-80)~~, places within the special maritime and territorial jurisdiction of the United States,

CHASE E. KEEFOVER,

the defendant herein, did knowingly possess one (1) or more matters which contained visual depictions, that is, a blue and silver Dell laptop (Service Tag#95GBB31 and Express Service Code #19920773341), the production of which visual depictions involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct, and which were specifically identified in the following computer files, among others:

1. 00007354;
2. 00007362;
3. 00007363;

4. 00007369;

5. 00015533;

6. 00007374;

7. 00015553;

8. 00015561; and,

9. 00015567.

In violation of Title 18, United States Code, Section 2252(a)(4)(A).

## **FORFEITURE**

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, CHASE E. KEEFOVER, shall forfeit to the United States of America, any visual depiction described in section 2251, 2251A, or 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the

commission of offense, including but not limited to a blue and silver Dell laptop (Service Tag#95GBB31 and Express Service Code #19920773341).

A TRUE BILL,

*Mary Jane Couture*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
RONALD D. DESANTIS
Special Assistant United States Attorney

By: _____
RONALD T. HENRY
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991

GPO 863 525

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CHASE E. KEEFOVER

## INDICTMENT

Violations:

18 U.S.C. § 2252(a)(4)(A)

A true bill,

_Mary Jane Couture_
Foreperson

Filed in open court this _28th_ day

of August, A.D. 2008.

_[signature]_
Clerk

Bail $ _____